FILED

OCT 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JULIE PEABODY, on behalf of herself and all others similarly situated,

Plaintiff - Petitioner,

v.

ORANGE COUNTY TRANSPORTATION AUTHORITY,

Defendant - Respondent.

No. 15-80122

D.C. No. 8:13-cv-01226-JLS-AN
Central District of California,
Santa Ana

ORDER

Before: BYBEE and WATFORD, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's July 7, 2015 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

AS/MOATT